O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHIKA D. ROBERTS, ) <br> ) <br> Petitioner, ) <br> v. ) <br> ) <br> B. M. CASH, Warden, ) <br> ) <br> Respondent. ) | Case No. CV 11-3174-SJO (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1    IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying the
3  Petition as untimely and dismissing this action with prejudice.

6  DATED: September 15, 2011

         HONORABLE S. JAMES OTERO
         United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge