JS - 6

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYSHIKA D. ROBERTS,<br><br>　　　　　Petitioner,<br>　　v.<br><br>B. M. CASH, Warden,<br><br>　　　　　Respondent. | Case No. CV 11-3174-SJO (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  September 15, 2011

　　　　　　　　　　　　　　　　　　　/s/ S. James Otero
　　　　　　　　　　　　　　　　　　　HONORABLE S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared by:

/s/
_____
HONORABLE OSWALD PARADA
United States Magistrate Judge